# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MELANIE CURTIN

NO. 2026 KW 0351

**MARCH 16, 2026**

---

In Re: State of Louisiana, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 40759.

---

**BEFORE:** **McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**STAY LIFTED.**

**WRIT GRANTED IN PART AND DENIED IN PART.** The decision to accept or reject a witness as an expert lies within the great discretion of the trial court and will not be overturned unless that discretion was abused. **State v. Edwards**, 97-1797 (La. 7/2/99), 750 So.2d 893, cert. denied, 528 U.S. 1026, 120 S.Ct. 542, 145 L.Ed.2d 421 (1999). If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise. See La. Code Evid. art. 702. Expert testimony, while not limited to matters of science, art or skill, cannot invade the field of common knowledge, experience, and education of men. **State v. Bishop**, 2023-0221 (La. App. 1st Cir. 10/18/23), 377 So.3d 250, 254. Dr. Patricia Williams has been qualified as an expert in the field of toxicology. While we agree that Dr. Williams may not opine as to whether the victim or the defendant were intoxicated at the time of the incident in question, it is permissible for Dr. Williams to provide general testimony regarding how an intoxicated person may appear, act, or behave. Under the particular facts of this case, this evidence is relevant to assist the trier of fact. Accordingly, the district court's ruling excluding Dr. Williams's testimony is reversed to the extent it excluded general testimony regarding how an intoxicated person may appear, act, or behave, and this matter is remanded for further proceedings. In all other respects, the writ application is denied.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT